UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ORANTE, | NO. CV 14-7602-DMG (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| WARREN MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 17, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE